■ In the Matter of MARILYN HOWELL, Appellant, v GORDON E. HOWELL, Respondent. [961 NYS2d 805]—In a family offense proceeding pursuant to Family Court Act article 8, the petitioner appeals from an order of the Family Court, Kings County (Cannataro, J.), dated April 4, 2012, which, after a hearing, dismissed the petition and vacated a temporary order of protection against the respondent.

Ordered that the order is affirmed, without costs or disbursements.

"The determination of whether a family offense was committed is a factual issue to be resolved by the hearing court" (*Matter of Creighton v Whitmore*, 71 AD3d 1141, 1141 [2010]; *see* Family Ct Act §§ 812, 832; *Matter of Clarke-Golding v Golding*, 101 AD3d 1117 [2012]; *Matter of Halper v Halper*, 61 AD3d 687 [2009]), "and that court's determination regarding the credibility of witnesses is entitled to great weight on appeal unless clearly unsupported by the record" (*Matter of Creighton v Whitmore*, 71 AD3d at 1141; *see Matter of Kaur v Singh*, 73 AD3d 1178, 1178 [2010]).

Here, the record supports the Family Court's determination that the petitioner failed to prove, by a fair preponderance of the credible evidence, that the respondent committed an act constituting a family offense (*see* Family Ct Act § 832; *Matter of Robinson v Bennett*, 49 AD3d 652 [2008]; *Matter of Waaldijk-Howell v Howell*, 22 AD3d 675 [2005]). The petitioner's remaining contention is without merit. Accordingly, the Family Court properly dismissed the petition and vacated the temporary or-

der of protection against the respondent. Skelos, J.P., Angiolillo, Roman and Cohen, JJ., concur.